### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF GEORGIA
### VALDOSTA DIVISION

| | |
|---|---|
| DEONTE CONWAY, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CASE NO.: 7:25-CV-189 (LAG) |
| : | |
| RALPH SHROPSHIRE, *et al.*, : | |
| : | |
| Defendants. : | |
| : | |

## **ORDER**

Before the Court are Defendant's Motion for Extension of Time to Answer (Doc. 27) and Consent Motion for Extension of Time to Answer (Doc. 28). Therein, Defendants ask the Court to extend the deadline for Defendants to answer Plaintiff's Complaint through Wednesday, March 4, 2026. (Docs. 27, 28). Defendants represent that they seek additional time "to review the complaint, confer with Defendants, and to collect and review pertinent case documents[.]" (Doc. 27 at 1–2). Defendants initially filed the Motion for Extension of Time to Answer representing that Plaintiff only consented to a 15-day extension as opposed to the 30-day extension Defendants were requesting. (Doc. 27 at 2). Defendants now represent that Plaintiff consents to the 30-day extension. (Doc. 28 at 1). This is Defendants second request for an extension. (*See* Docket).

Accordingly, Defendant's Consent Motion for Extension of Time to Answer (Doc. 28) is **GRANTED** and Defendant's Motion for Extension of Time to Answer (Doc. 27) is **DENIED as moot**. Defendants shall have until **Wednesday, March 4, 2026**, to answer or otherwise respond to Plaintiff's Complaint.

**SO ORDERED**, this 23rd day of January, 2026.

/s/ Leslie A. Gardner

2

**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**